UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEJUMOKE AKIN-TAYLOR,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>　　　　Defendant. | Case No. 13-cv-00039-JCS<br><br>**ORDER TO SHOW CAUSE AND CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a case management conference held on **April 5, 2013,**

IT IS HEREBY ORDERED THAT:

1. The complaint shall be served on or before April 12, 2013.  Plaintiff shall appear on **June 14, 2013, at 1:30 PM,** and then and there Show Cause why this case should not be dismissed for failure to serve the Defendant.

2. A case management conference statement shall be due by June 7, 2013.

3. A further case management conference is set for **June 14, 2013, at 1:30 PM.**

IT IS SO ORDERED.

Dated: April 9, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge