UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEJUMOKE AKIN-TAYLOR,<br>       Plaintiff in Propia Persona,<br>   v.<br>MARK R. SREBNIK,<br>       Defendant(s).<br>_____/ | Case No.  3:13-cv-00039 JCS<br><br>**ORDER RE: ASSISTED MEDIATION PROGRAM REFERRAL** |

    This matter has been referred to the Court's Assisted Mediation Program. Plaintiff is directed to contact the Federal Legal Help Center, which administers the Assisted Mediation Program, within seven (7) days of the date of this Order.

    The contact information for the Federal Legal Help Center is as follows:

        450 Golden Gate Ave, 15th Floor, Rm. 2796

        San Francisco, CA 94102

        415-782-8982.

    IT IS SO ORDERED.

Dated: August 20, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge