UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADEJUMOKE AKIN-TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN INC.,<br><br>    Defendant. | Case No. 13-cv-00039-JCS<br><br>**ORDER VACATING REFERRAL FOR APPOINTMENT OF COUNSEL FOR MEDIATION AND REQUESTING ADR PROGRAM TO RESCHEDULE TELEPHONE CONFERENCE** |

On August 20, 2013, that Court referred Plaintiff to the Federal Pro Bono Project's Legal Help Center for appointment of counsel through the Court's Assisted Mediation Program. Docket No. 40. Subsequently, the Court was informed by the Legal Help Center that Plaintiff does not meet the financial requirements to participate in the Assisted Mediation Program. Accordingly, the Court vacates its referral of Plaintiff's case for appointment of counsel through the Assisted Mediation Program and requests that the ADR Program reschedule the telephone conference that was continued pending the appointment of counsel.

**IT IS SO ORDERED**.

Dated: August 23, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge